IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00027-LTB-BNB

HONEY JOYCE,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

Defendant.
_____

**ORDER**
_____

I am informed that the claims between the plaintiff and the defendant have been resolved. Accordingly,

IT IS ORDERED that on or before **September 23, 2004**, the plaintiff shall file a status report concerning any additional proceedings necessary in this case and when the case can be dismissed.

Dated September 2, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge