IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00027-LTB-BNB

HONEY JOYCE,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion for Hearing to Determine Equitable Distribution of Settlement Proceeds** (the "Motion"), filed September 8, 2005.  The Motion fails to cite any supporting authority.  Although I am aware that a procedure similar to that proposed by the plaintiff here may be applied in cases involving worker's compensation insurance, see Colorado Compensation Ins. Authority v. Jorgensen, 992 P.2d 1156 (Colo. 2000), the Motion fails to identify any authority applicable to the circumstances presented by this case.

IT IS ORDERED that the Motion is set for hearing on **September 29, 2005, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The plaintiff shall be prepared to supply at the hearing any authorities relied on in support of the requested hearing to determine an equitable distribution of the settlement funds.

Dated September 21, 2005.

                                  BY THE COURT:

                                  /s/ Boyd N. Boland
                                  United States Magistrate Judge